# Court of Appeals
# of the State of Georgia

ATLANTA,___April 01, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14D0211.  IN THE INTEREST OF: D. J. T., A CHILD (MOTHER).**

On January 28, 2014, we denied the mother's application for discretionary appeal, which sought review of an order terminating her parental rights.  The mother filed a motion for reconsideration from this ruling.  We hereby GRANT the mother's motion for reconsideration.  The January 28, 2014 order denying the application is VACATED, and the application is GRANTED. The mother shall have ten days from the date of this order to file a notice of appeal.  The Clerk of the Juvenile Court of Effingham County is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_04/01/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*